**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Phillip L. Blair<br>Rhonda S. Blair<br><br>         <u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 18-10438 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                        Respectfully submitted,

                        **/s/ James C. Warmbrodt, Esquire**
                        James C. Warmbrodt, Esquire
                        jwarmbrodt@kmllawgroup.com
                        Attorney I.D. No. 42524
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        Phone: (215)-627-1322
                        Attorney for Movant/Applicant