# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CASE NO. 18-10438-TPA |
| : | |
| Phillip L Blair and : | CHAPTER 13 |
| Rhonda S Blair, : | |
| Debtors. : | |
| : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

March 9, 2018 – Husband

March 16, 2018

March 23, 2018

March 30, 2018

April 6, 2018

April 13, 2018

April 20, 2018

April 27, 2018

March 9, 2018 – Wife

March 23, 2018

April 6, 2018

April 20, 2018

**Next Payment Advice Expected (post-filing):**

May 4, 2018 – Husband

May 4, 2018 – Wife

C.B.    **BLAIR, PHILLIP L AND RHONDA S**

**Earnings Statement**

DEAN TRANSPORTATION, INC.
14760 TRINITY BLVD.
FORT WORTH, TX 76155
(888) 339-2687

311-0012

Period Beginning: 02/25/2018
Period Ending: 03/03/2018
Pay Date: 03/09/2018

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 2
 PA: N/A

PHILLIP L BLAIR
518 BESSEMER AVENUE
GROVE CITY PA 16127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.6700 | 40.00 | 906.80 | 8,183.87 |
| Overtime | 34.0050 | 28.75 | 977.64 | 8,722.28 |
| Holiday | | | | 362.72 |
| Holiday Worked | | | | 238.04 |
| Vacation | | | | 215.37 |
| **Gross Pay** | | | **$1,884.44** | 17,722.28 |

Your federal taxable wages this period are $1,755.35

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd 401K | | 933.47 |
| Employee Id | | 0103354 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -157.50 | 1,606.64 |
| | Social Security Tax | -115.84 | 1,088.85 |
| | Medicare Tax | -27.09 | 254.65 |
| | PA State Income Tax | -57.36 | 539.15 |
| | South Pymatu Income Tax | -18.68 | 175.62 |
| | PA SUI/SDI Tax | -1.13 | 10.63 |
| | **Other** | | |
| | Mep Medical | -16.02* | 160.20 |
| | Occupational Tx | -1.00 | 10.00 |
| | Union 401K | -113.07* | 933.47 |
| | Union 401K Ln 1 | -170.84 | 1,708.40 |
| | Union Dues | | 171.00 |
| **Net Pay** | | **$1,205.91** | |
| Checking 1 | | -1,205.91 | 11,063.67 |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, LLC



DEAN TRANSPORTATION, INC.
14760 TRINITY BLVD.
FORT WORTH, TX 76155
(888) 339-2687

Advice number: 00000100310
Pay date: 03/09/2018

Deposited to the account of
PHILLIP L BLAIR

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0165 | xxxx xxxx | $1,205.91 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

DEAN TRANSPORTATION, INC.
14760 TRINITY BLVD.
FORT WORTH, TX 76155
(888) 339-2687

Period Beginning: 03/04/2018
Period Ending: 03/10/2018
Pay Date: 03/16/2018

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 2
 PA: N/A

PHILLIP L BLAIR
518 BESSEMER AVENUE
GROVE CITY PA 16127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.6700 | 40.00 | 906.80 | 9,090.67 |
| Overtime | 34.0050 | 28.50 | 969.14 | 9,691.42 |
| Holiday | | | | 362.72 |
| Holiday Worked | | | | 238.04 |
| Vacation | | | | 215.37 |
| **Gross Pay** | | | **$1,875.94** | 19,598.22 |

Your federal taxable wages this period are $1,747.36

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -156.55 | 1,763.19 |
| | Social Security Tax | -115.31 | 1,204.16 |
| | Medicare Tax | -26.97 | 281.62 |
| | PA State Income Tax | -57.10 | 596.25 |
| | South Pymatu Income Tax | -18.60 | 194.22 |
| | PA SUI/SDI Tax | -1.13 | 11.76 |
| | **Other** | | |
| | Mep Medical | -16.02* | 176.22 |
| | Occupational Tx | -1.00 | 11.00 |
| | Union 401K | -112.56* | 1,046.03 |
| | Union 401K Ln 1 | -170.84 | 1,879.24 |
| | Union Dues | | 171.00 |
| **Net Pay** | | **$1,199.86** | |
| Checking 1 | | -1,199.86 | 12,263.53 |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd 401K | | 1,046.03 |
| Employee Id | | 0103354 |

* Excluded from federal taxable wages

© 2000 ADP, LLC



DEAN TRANSPORTATION, INC.
14760 TRINITY BLVD.
FORT WORTH, TX 76155
(888) 339-2687

Advice number: 00000110306
Pay date: 03/16/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PHILLIP L BLAIR | xxxxxx0165 | xxxx xxxx | $1,199.86 |



# NON-NEGOTIABLE

# Earnings Statement

**DEAN TRANSPORTATION, INC.**
14760 TRINITY BLVD.
FORT WORTH, TX 76155
(888) 339-2687

Period Beginning: 03/11/2018
Period Ending: 03/17/2018
Pay Date: 03/23/2018

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 2
 PA: N/A

PHILLIP L BLAIR
518 BESSEMER AVENUE
GROVE CITY PA 16127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.6700 | 40.00 | 906.80 | 9,997.47 |
| Overtime | 34.0050 | 27.75 | 943.64 | 10,635.06 |
| Holiday | | | | 362.72 |
| Holiday Worked | | | | 238.04 |
| Vacation | | | | 215.37 |
| **Gross Pay** | | | **$1,850.44** | 21,448.66 |

Your federal taxable wages this period are $1,723.39

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd 401K | | 1,157.06 |
| Employee Id | | 0103354 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -153.67 | 1,916.86 |
| Social Security Tax | | -113.74 | 1,317.90 |
| Medicare Tax | | -26.60 | 308.22 |
| PA State Income Tax | | -56.32 | 652.57 |
| South Pymatu Income Tax | | -18.34 | 212.56 |
| PA SUI/SDI Tax | | -1.11 | 12.87 |
| **Other** | | | |
| Mep Medical | | -16.02* | 192.24 |
| Occupational Tx | | -1.00 | 12.00 |
| Union 401K | | -111.03* | 1,157.06 |
| Union 401K Ln 1 | | -170.84 | 2,050.08 |
| Union Dues | | | 171.00 |
| **Net Pay** | | **$1,181.77** | |
| Checking 1 | | -1,181.77 | 13,445.30 |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, LLC



DEAN TRANSPORTATION, INC.
14760 TRINITY BLVD.
FORT WORTH, TX 76155
(888) 339-2687

Advice number: 00000120309
Pay date: 03/23/2018

Deposited to the account of
PHILLIP L BLAIR

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0165 | xxxx xxxx | $1,181.77 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

NPB 000116 071640 DFAAC 00000130306 1

# Earnings Statement

**Dean Foods**

DEAN TRANSPORTATION, INC.
14760 TRINITY BLVD.
FORT WORTH, TX 76155
(888) 339-2687

307-0012

Period Beginning: 03/18/2018
Period Ending: 03/24/2018
Pay Date: 03/30/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  PA: N/A

PHILLIP L BLAIR
518 BESSEMER AVENUE
GROVE CITY PA 16127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.6700 | 40.00 | 906.80 | 10,904.27 |
| Overtime | 34.0050 | 26.50 | 901.13 | 11,536.19 |
| Holiday | | | | 362.72 |
| Holiday Worked | | | | 238.04 |
| Vacation | | | | 215.37 |
| **Gross Pay** | | | **$1,807.93** | 23,256.59 |

Your federal taxable wages this period are $1,683.43

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd 401K | | 1,265.54 |
| Employee Id | | 0103354 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -148.87 | 2,065.73 | |
| Social Security Tax | -111.10 | 1,429.00 | |
| Medicare Tax | -25.98 | 334.20 | |
| PA State Income Tax | -55.01 | 707.58 | |
| South Pymatu Income Tax | -17.92 | 230.48 | |
| PA SUI/SDI Tax | -1.08 | 13.95 | |
| **Other** | | | |
| Mep Medical | -16.02* | 208.26 | |
| Occupational Tx | -1.00 | 13.00 | |
| Union 401K | -108.48* | 1,265.54 | |
| Union 401K Ln 1 | -170.84 | 2,220.92 | |
| Union Dues | | 171.00 | |
| **Net Pay** | | **$1,151.63** | |
| Checking 1 | -1,151.63 | 14,596.93 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, LLC

---



DEAN TRANSPORTATION, INC.
14760 TRINITY BLVD.
FORT WORTH, TX 76155
(888) 339-2687

Advice number: 00000130306
Pay date: 03/30/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PHILLIP L BLAIR | xxxxxx0165 | xxxx xxxx | $1,151.63 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

# Earnings Statement

DEAN TRANSPORTATION, INC.
14760 TRINITY BLVD.
FORT WORTH, TX 76155
(888) 339-2687

Period Beginning: 03/25/2018
Period Ending: 03/31/2018
Pay Date: 04/06/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  PA: N/A

PHILLIP L BLAIR
518 BESSEMER AVENUE
GROVE CITY PA 16127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.6700 | 20.75 | 470.40 | 11,374.67 |
| Overtime | 34.0050 | 35.75 | 1,215.68 | 12,751.87 |
| Holiday | 22.6700 | 8.00 | 181.36 | 544.08 |
| Holiday Worked | 34.0050 | 11.25 | 382.56 | 620.60 |
| Vacation | | | | 215.37 |
| **Gross Pay** | | | **$2,250.00** | 25,506.59 |

Your federal taxable wages this period are $2,098.98

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -221.63 | 2,287.36 |
| | Social Security Tax | -138.50 | 1,567.50 |
| | Medicare Tax | -32.39 | 366.59 |
| | PA State Income Tax | -68.58 | 776.16 |
| | South Pymatu Income Tax | -22.34 | 252.82 |
| | PA SUI/SDI Tax | -1.35 | 15.30 |
| | **Other** | | |
| | Mep Medical | -16.02* | 224.28 |
| | Occupational Tx | -1.00 | 14.00 |
| | Union Dues | -57.00 | 228.00 |
| | Union 401K | -135.00* | 1,400.54 |
| | Union 401K Ln 1 | -170.84 | 2,391.76 |
| **Net Pay** | | **$1,385.35** | |
| Checking 1 | | -1,385.35 | 15,982.28 |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd 401K | | 1,400.54 |
| Employee Id | | 0103354 |

* Excluded from federal taxable wages

© 2000 ADP, LLC



DEAN TRANSPORTATION, INC.
14760 TRINITY BLVD.
FORT WORTH, TX 76155
(888) 339-2687

Advice number: 00000140303
Pay date: 04/06/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PHILLIP L BLAIR | xxxxxx0165 | xxxx xxxx | $1,385.35 |



THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CO/DEPT CLOCK HR# NPB 000116 071640 DFAAC 00000150308 1

# Earnings Statement

ADP

310-0012

DEAN TRANSPORTATION, INC.
14760 TRINITY BLVD.
FORT WORTH, TX 76155
(888) 339-2687

| | |
|---|---|
| Period Beginning: | 04/01/2018 |
| Period Ending: | 04/07/2018 |
| Pay Date: | 04/13/2018 |

Taxable Marital Status: Married
Exemptions/Allowances:
　Federal: 2
　PA: N/A

PHILLIP L BLAIR
518 BESSEMER AVENUE
GROVE CITY PA 16127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.1200 | 40.00 | 924.80 | 12,299.47 |
| Overtime | 34.6800 | 23.50 | 814.98 | 13,566.85 |
| Holiday | | | | 544.08 |
| Holiday Worked | | | | 620.60 |
| Vacation | | | | 215.37 |
| **Gross Pay** | | | **$1,739.78** | 27,246.37 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -141.19 | 2,428.55 |
| | Social Security Tax | -106.88 | 1,674.38 |
| | Medicare Tax | -25.00 | 391.59 |
| | PA State Income Tax | -52.92 | 829.08 |
| | South Pymatu Income Tax | -17.24 | 270.06 |
| | PA SUI/SDI Tax | -1.05 | 16.35 |
| | **Other** | | |
| | Mep Medical | -16.02* | 240.30 |
| | Occupational Tx | -1.00 | 15.00 |
| | Union 401K | -104.39* | 1,504.93 |
| | Union 401K Ln 1 | -170.84 | 2,562.60 |
| | Union Dues | | 228.00 |
| **Net Pay** | | **$1,103.25** | |
| Checking 1 | | -1,103.25 | 17,085.53 |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,619.37

**Other Benefits and Information** | this period | total to date
Ytd 401K | | 1,504.93
Employee Id | | 0103354

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 22.6700 TO 23.1200.

* Excluded from federal taxable wages

© 2000 ADP, LLC



DEAN TRANSPORTATION, INC.
14760 TRINITY BLVD.
FORT WORTH, TX 76155
(888) 339-2687

Advice number: 00000150308
Pay date: 04/13/2018

Deposited to the account of
PHILLIP L BLAIR

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0165 | xxxx xxxx | $1,103.25 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Dean FOODS** — Earnings Statement — ADP

DEAN TRANSPORTATION, INC.
14760 TRINITY BLVD.
FORT WORTH, TX 76155
(888) 339-2687

300-0012

Period Beginning: 04/08/2018
Period Ending: 04/14/2018
Pay Date: 04/20/2018

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 2
    PA: N/A

PHILLIP L BLAIR
518 BESSEMER AVENUE
GROVE CITY PA 16127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.1200 | 40.00 | 924.80 | 13,224.27 |
| Overtime | 34.6800 | 24.25 | 840.99 | 14,407.84 |
| Holiday | | | | 544.08 |
| Holiday Worked | | | | 620.60 |
| Vacation | | | | 215.37 |
| **Gross Pay** | | | **$1,765.79** | 29,012.16 |

Your federal taxable wages this period are $1,643.82

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd 401K | | 1,610.88 |
| Employee Id | | 0103354 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -144.12 | 2,572.67 |
| | Social Security Tax | -108.48 | 1,782.86 |
| | Medicare Tax | -25.37 | 416.96 |
| | PA State Income Tax | -53.72 | 882.80 |
| | South Pymatu Income Tax | -17.50 | 287.56 |
| | PA SUI/SDI Tax | -1.06 | 17.41 |
| Other | | | |
| | Mep Medical | -16.02* | 256.32 |
| | Occupational Tx | -1.00 | 16.00 |
| | Union 401K | -105.95* | 1,610.88 |
| | Union 401K Ln 1 | -170.84 | 2,733.44 |
| | Union Dues | | 228.00 |
| **Net Pay** | | **$1,121.73** | |
| Checking 1 | | -1,121.73 | 18,207.26 |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC



DEAN TRANSPORTATION, INC.
14760 TRINITY BLVD.
FORT WORTH, TX 76155
(888) 339-2687

Advice number: 00000160298
Pay date: 04/20/2018

Deposited to the account of
PHILLIP L BLAIR

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx0165 | xxxx xxxx | $1,121.73 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

NPB 000116 071640 DFAAC 00000170304 1

305-0012



# Earnings Statement

DEAN TRANSPORTATION, INC.
14760 TRINITY BLVD.
FORT WORTH, TX 76155
(888) 339-2687

Period Beginning: 04/15/2018
Period Ending: 04/21/2018
Pay Date: 04/27/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  PA: N/A

PHILLIP L BLAIR
518 BESSEMER AVENUE
GROVE CITY PA 16127

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.1200 | 32.00 | 739.84 | 13,964.11 |
| Overtime | 34.6800 | 22.75 | 788.97 | 15,196.81 |
| Vacation | 23.1200 | 9.50 | 219.64 | 435.01 |
| Holiday | | | | 544.08 |
| Holiday Worked | | | | 620.60 |
| **Gross Pay** | | | **$1,748.45** | 30,760.61 |

Your federal taxable wages this period are $1,627.52

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Ytd 401K | | 1,715.79 |
| Employee Id | | 0103354 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -142.17 | 2,714.84 |
| | Social Security Tax | -107.41 | 1,890.27 |
| | Medicare Tax | -25.12 | 442.08 |
| | PA State Income Tax | -53.19 | 935.99 |
| | South Pymatu Income Tax | -17.32 | 304.88 |
| | PA SUI/SDI Tax | -1.05 | 18.46 |
| | **Other** | | |
| | Mep Medical | -16.02* | 272.34 |
| | Occupational Tx | -1.00 | 17.00 |
| | Union 401K | -104.91* | 1,715.79 |
| | Union 401K Ln 1 | -170.84 | 2,904.28 |
| | Union Dues | | 228.00 |
| | **Net Pay** | **$1,109.42** | |
| | Checking 1 | -1,109.42 | 19,316.68 |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC



DEAN TRANSPORTATION, INC.
14760 TRINITY BLVD.
FORT WORTH, TX 76155
(888) 339-2687

Advice number: 00000170304
Pay date: 04/27/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PHILLIP L BLAIR | xxxxxx0165 | xxxx xxxx | $1,109.42 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**PAY PERIOD**  02/26/2018 - 03/11/2018  Pay Date: 03/12/2018

**EMPLOYER**
BEILSTEIN ENTERPRISES
GREENVILLE, PA 16125

**EMPLOYEE**
Phillip L Blair
Phillip L Blair
53 Bessemer St.
Grove City, PA 16127
SSN: XXX-XX-0769

**NET PAY:** $168.54
CHECKING# ....0165  $168.54

**MEMO:**
Direct Deposit

| PAY | QTY | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | | | $216.92 | $433.84 |
| **Total** | | | **$216.92** | **$433.84** |

| TAXES | Current | YTD |
|---|---|---|
| Social Security Employee | ($13.45) | ($26.90) |
| Federal Withholding | ($25.00) | ($50.00) |
| Medicare Employee Addl Tax | $0.00 | $0.00 |
| PA - Withholding | ($6.66) | ($13.32) |
| Medicare Employee | ($3.14) | ($6.29) |
| PA - Unemployment Employee | ($0.13) | ($0.26) |
| **Total** | **($48.38)** | **($96.77)** |

| Net Pay | Current | YTD |
|---|---|---|
| | **$168.54** | **$337.07** |

**PAY PERIOD** 03/12/2018 - 03/25/2018

Pay Date: 03/26/2018

**EMPLOYER**
BEILSTEIN ENTERPRISES
GREENVILLE, PA 16125

**EMPLOYEE**
Phillip L Blair
Phillip L Blair
53 Bessemer St.
Grove City, PA 16127
SSN: XXX-XX-0769

**NET PAY:** $71.77
CHECKING# ....0165  $71.77

**MEMO:**
Direct Deposit

| PAY | QTY | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | | | $108.46 | $542.30 |
| **Total** | | | **$108.46** | **$542.30** |

| TAXES | Current | YTD |
|---|---|---|
| Medicare Employee Addl Tax | $0.00 | $0.00 |
| Medicare Employee | ($1.57) | ($7.86) |
| PA - Unemployment Employee | ($0.07) | ($0.33) |
| PA - Withholding | ($3.33) | ($16.65) |
| Social Security Employee | ($6.72) | ($33.62) |
| Federal Withholding | ($25.00) | ($75.00) |
| **Total** | **($36.69)** | **($133.46)** |

| Net Pay | Current | YTD |
|---|---|---|
| | $71.77 | $408.84 |

**PAY PERIOD** 03/26/2018 - 04/8/2018   Pay Date: 04/9/2018

**EMPLOYER**
BEILSTEIN ENTERPRISES
564 Methodist Rd.
Greenville, PA 16125
Phone: (724)316-0196

**EMPLOYEE**
Phillip L Blair
Phillip L Blair
53 Bessemer St.
Grove City, PA 16127
SSN: XXX-XX-0769

**NET PAY:** $71.76
CHECKING# ....0165   $71.76

**MEMO:**
Direct Deposit

| PAY | QTY | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | | | $108.46 | $650.76 |
| **Total** | | | **$108.46** | **$650.76** |

| TAXES | Current | YTD |
|---|---|---|
| Medicare Employee Addl Tax | $0.00 | $0.00 |
| Medicare Employee | ($1.58) | ($9.44) |
| Social Security Employee | ($6.73) | ($40.35) |
| PA - Withholding | ($3.33) | ($19.98) |
| PA - Unemployment Employee | ($0.06) | ($0.39) |
| Federal Withholding | ($25.00) | ($100.00) |
| **Total** | **($36.70)** | **($170.16)** |

| Net Pay | Current | YTD |
|---|---|---|
| | **$71.76** | **$480.60** |

| PAY PERIOD | 04/9/2018 - 04/22/2018 | | | | Pay Date: | 04/23/2018 |

**EMPLOYER**
BEILSTEIN ENTERPRISES
564 Methodist Rd.
Greenville, PA 16125
Phone: (724)316-0196

**EMPLOYEE**
Phillip L Blair
Phillip L Blair
53 Bessemer St.
Grove City, PA 16127
SSN: XXX-XX-0769

**NET PAY:** $71.77
CHECKING# ....0165  $71.77

**MEMO:**

Direct Deposit

| PAY | QTY | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | | | $108.46 | $759.22 |
| **Total** | | | **$108.46** | **$759.22** |

| TAXES | Current | YTD |
|---|---|---|
| Federal Withholding | ($25.00) | ($125.00) |
| Medicare Employee | ($1.57) | ($11.01) |
| PA - Unemployment Employee | ($0.07) | ($0.46) |
| Social Security Employee | ($6.72) | ($47.07) |
| Medicare Employee Addl Tax | $0.00 | $0.00 |
| PA - Withholding | ($3.33) | ($23.31) |
| **Total** | **($36.69)** | **($206.85)** |

| Net Pay | Current | YTD |
|---|---|---|
| | **$71.77** | **$552.37** |

**RHONDA BLAIR**

518 BESSEMER

AVE

GROVE CITY, PA 16127

| | |
|---|---|
| Pay Date | 03/09/2018 |
| Advice # | 04800199 |
| Pay Period Start | 02/18/2018 |
| Pay Period End | 03/03/2018 |
| Department | 715/715 |
| W-4 Fed Withholding | M |

## Additional Tax Withholding

| | |
|---|---|
| Fed | $0.00 |
| State | $0.00 |

## Exemptions

| | |
|---|---|
| Fed | 0 |
| State | 0 |
| Secondary State | 0 |
| Local | 0 |

## Employment Information

| | |
|---|---|
| Pay Group | SCT01 |

EARNINGS STATEMENT - 001040678
Kirkland's Inc
5310 Maryland Way
Brentwood TN 37027

| Earnings Totals | | | | Current | YTD |
|---|---|---|---|---|---|
| Gross Pay | | | | $181.26 | $889.47 |
| Net Pay | | | | $157.91 | $774.69 |

| Deduction Totals | | | | Current | YTD |
|---|---|---|---|---|---|
| Taxes | | | | $23.35 | $114.78 |
| Other Deductions | | | | $0.00 | $0.00 |

| Earnings Detail | Ref. Date | Rate | Hours | Current | YTD |
|---|---|---|---|---|---|
| Regular | 03/09/2018 | $9.00 | 20.14 | $181.26 | $889.47 |

| Deductions Detail | | | | Current | YTD |
|---|---|---|---|---|---|
| FEDERAL | | | | $0.00 | $0.00 |
| FICA | | | | $11.24 | $55.15 |
| MED | | | | $2.63 | $12.90 |
| SPRGFLD | | | | $1.81 | $8.89 |
| SPFLDLST | | | | $2.00 | $10.00 |
| PA W/H | | | | $5.56 | $27.30 |
| PAEEUNE | | | | $0.11 | $0.54 |

| Distributions | Current |
|---|---|
| CHECKING xxxxxx0165 | $157.91 |

**RHONDA BLAIR**

518 BESSEMER AVE

GROVE CITY, PA 16127

| | |
|---|---|
| Pay Date | 03/23/2018 |
| Advice # | 04807200 |
| Pay Period Start | 03/04/2018 |
| Pay Period End | 03/17/2018 |
| Department | 715/715 |
| W-4 Fed Withholding | M |

## Additional Tax Withholding

| | |
|---|---|
| Fed | $0.00 |
| State | $0.00 |

## Exemptions

| | |
|---|---|
| Fed | 0 |
| State | 0 |
| Secondary State | 0 |
| Local | 0 |

## Employment Information

| | |
|---|---|
| Pay Group | SCT01 |

EARNINGS STATEMENT - 001040678
Kirkland's Inc
5310 Maryland Way
Brentwood TN 37027

| Earnings Totals | Current | YTD |
|---|---|---|
| Gross Pay | $194.94 | $1,084.41 |
| Net Pay | $169.99 | $944.68 |

| Deduction Totals | Current | YTD |
|---|---|---|
| Taxes | $24.95 | $139.73 |
| Other Deductions | $0.00 | $0.00 |

| Earnings Details | Pay Date | Rate | Hours | Current | YTD |
|---|---|---|---|---|---|
| Regular | 03/23/2018 | $9.00 | 21.66 | $194.94 | $1,084.41 |

| Deductions Details | Current | YTD |
|---|---|---|
| FEDERAL | $0.00 | $0.00 |
| FICA | $12.08 | $67.23 |
| MED | $2.82 | $15.72 |
| SPRGFLD | $1.95 | $10.84 |
| SPFLDLST | $2.00 | $12.00 |
| PA W/H | $5.98 | $33.28 |
| PAEEUNE | $0.12 | $0.66 |

| Distributions | Current |
|---|---|
| CHECKING xxxxxx0165 | $169.99 |

**RHONDA BLAIR**

518 BESSEMER AVE

GROVE CITY, PA 16127

EARNINGS STATEMENT - 001040678
Kirkland's Inc
5310 Maryland Way
Brentwood TN 37027

| | |
|---|---|
| Pay Date | 04/06/2018 |
| Advice # | 04813651 |
| Pay Period Start | 03/18/2018 |
| Pay Period End | 03/31/2018 |
| Department | 715/715 |
| W-4 Fed Withholding | M |

| Earnings Totals | Current | YTD |
|---|---|---|
| Gross Pay | $180.45 | $1,264.86 |
| Net Pay | $157.19 | $1,101.87 |

| Deduction Totals | Current | YTD |
|---|---|---|
| Taxes | $23.26 | $162.99 |
| Other Deductions | $0.00 | $0.00 |

| Earnings Detail | Pay Date | Rate | Hours | Current | YTD |
|---|---|---|---|---|---|
| Regular | 04/06/2018 | $9.00 | 20.05 | $180.45 | $1,264.86 |

| Deductions Detail | Current | YTD |
|---|---|---|
| FEDERAL | $0.00 | $0.00 |
| FICA | $11.19 | $78.42 |
| MED | $2.62 | $18.34 |
| SPRGFLD | $1.80 | $12.64 |
| SPFLDLST | $2.00 | $14.00 |
| PA W/H | $5.54 | $38.82 |
| PAEEUNE | $0.11 | $0.77 |

| Distribution | Current |
|---|---|
| CHECKING xxxxxx0165 | $157.19 |

## Additional Tax Withholding

| | |
|---|---|
| Fed | $0.00 |
| State | $0.00 |

## Exemptions

| | |
|---|---|
| Fed | 0 |
| State | 0 |
| Secondary State | 0 |
| Local | 0 |

## Employment Information

| | |
|---|---|
| Pay Group | SCT01 |

RHONDA BLAIR

518 BESSEMER AVE

GROVE CITY, PA 16127

EARNINGS STATEMENT - 001040678
Kirkland's Inc
5310 Maryland Way
Brentwood TN 37027

| | | | | | Current | YTD |
|---|---|---|---|---|---|---|
| Pay Date | 04/20/2018 | Gross Pay | | | $185.84 | $1,450.70 |
| Advice # | 04820024 | Net Pay | | | $161.94 | $1,263.81 |
| Pay Period Start | 04/01/2018 | Deduction Totals | | | Current | YTD |
| Pay Period End | 04/14/2018 | Taxes | | | $23.90 | $186.89 |
| Department | 715/715 | Other Deductions | | | $0.00 | $0.00 |
| W-4 Fed Withholding | M | Earnings Detail Pay Date | Rate | Hours | Current | YTD |
| | | Regular  04/20/2018 | $9.25 | 20.09 | $185.84 | $1,450.70 |
| | | Deductions Detail | | | Current | YTD |
| Additional Tax Withholding | | FEDERAL | | | $0.00 | $0.00 |
| Fed | $0.00 | FICA | | | $11.52 | $89.94 |
| State | $0.00 | MED | | | $2.70 | $21.04 |
| | | SPRGFLD | | | $1.86 | $14.50 |
| | | SPFLDLST | | | $2.00 | $16.00 |
| | | PA W/H | | | $5.71 | $44.53 |
| Exemptions | | PAEEUNE | | | $0.11 | $0.88 |
| Fed | 0 | Distributions | | | Current | |
| State | 0 | CHECKING xxxxxx0165 | | | $161.94 | |
| Secondary State | 0 | | | | | |
| Local | 0 | | | | | |

Employment Information

| Pay Group | SCT01 |
|---|---|