**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 18-10438-TPA |
| | : | |
| **Phillip L Blair and** | : | CHAPTER 13 |
| **Rhonda S Blair,** | : | |
|     Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| **Phillip L Blair,** | : | |
|     Movant, | : | DOCKET NO.: |
| | : | |
| vs. | : | |
| | : | |
| **Dean Transportation Inc.,** | : | |
| | : | |
|     and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: June 5, 2018 | By: /s/ Clarissa Bayhurst |
| | CLARISSA BAYHURST, PARALEGAL |
| | FOSTER LAW OFFICES |
| | Po Box 966 |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

---

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**DEAN TRANSPORTATION INC**
**14760 TRINITY BOULEVARD**
**FORT WORTH TX 76155**