# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### ERIE DIVISION

**Name of debtor:** Phillip L. Blair
Rhonda S. Blair

**Case Number:** 18-10438-TPA

**Chapter 13**

**Trustee:** Ronda J. Winnecour

**Judge:** Thomas P. Agresti

## RESPONSE TO NOTICE OF INTERIM CURE PAYMENT FILED ON: 03/17/2020

Pursuant to Local Bankruptcy Rule 3002.2(c), the Holder listed below is responding to the Notice of Interim Cure Payment filed in the above referenced case.

**Name of creditor:** NewRez LLC dba Shellpoint Mortgage Servicing

**Last four digits** of any number you use to identify the debtor's account: 2461

## Statement in Response as of:

### Part 1: Pre-Petition Arrears - Court claim no. #12   (Docket Entry #50)

Creditor ☒ agrees ☐ does not agree that the Trustee has paid the amount listed in the Notice of Amount Deemed Necessary to Cure as of the date of the Trustee's interim cure notice.

If Creditor disagrees:
- Amount of pre-petition arrears due at filing: _____
- Amount received from the Chapter 13 Trustee _____
- Pre-Petition arrears remaining due: _____

### Part 2: Post-Petition Amounts

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of this response.

If Creditor disagrees:
- Post-petition amounts remaining due: $0

Disagree Special Language:
☒ Other: Interim Case Audit

Attached as Schedule of Amounts Outstanding Post-Petition is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Response. The amounts identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Response, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

<u>Schedule of Amounts Outstanding</u>

**This section itemizes the required cure of post-petition amounts, if any, that the holder contends remain unpaid as of the date of this statement but may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Response. In addition, the amounts due may include payments reflected in the Trustee's records but which have not yet been received and/or processed by the Creditor.**

| Description | Dates incurred | Amount |
|---|---|---|
| Regular Monthly Payment | | |
| Regular Monthly Payment | | |
| Regular Monthly Payment | | |
| | | |
| Less Funds in suspense | | |
| **Amount Remaining Due:** | | |

## Part 3: Sign Here

Print Name:    John Rafferty _____

Title:    Authorized Agent for Shellpoint Mortgage Servicing

Company:    Bonial & Associates, P.C.    /s/ John Rafferty

_____
Signature

Address and telephone number:    4/1/20
Date

    P. O. Box 9013
    Addison, TX 75001

Telephone:    (972) 643-6600    Email:    POCInquiries@BonialPC.com

**CERTIFICATE OF SERVICE**

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before April 1, 2020.

**Debtor**  *Via U.S. Mail*
**Phillip L Blair**
518 Bessemer Avenue
Grove City, PA 16127

**Joint Debtor**
**Rhonda S Blair**
518 Bessemer Avenue
Grove City, PA 16127

**Debtors' Attorney**
**Daniel P. Foster**
Foster Law Offices
PO Box 966
Meadville, PA 16335

**Chapter 13 Trustee**
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Respectfully Submitted,

/s/ John Rafferty