**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | **Bankruptcy No. 18-10438-TPA** |
| **Phillip L. Blair and** | : | |
| **Rhonda S. Blair,** | : | **Chapter 13** |
| Debtors | : | |
| | : | **Related to Docket No.: 54** |
| **Phillip L. Blair and** | : | |
| **Rhonda S. Blair,** | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **October 9, 2020** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

A hearing will be held **November 13, 2020 at 11:30 AM** before Judge Thomas P. Agresti, via the ZOOM Video Conference Application. To access the hearing, please use the following Zoom Meeting link: **https://www.zoomgov.com/j/16021303488**, or alternatively, to attend and use the following **Meeting ID: 160 2130 3488**. For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website

athttps://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements.

    Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: September 22, 2020

    Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Terminate Wage Attachment and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: **September 22, 2020** | *By: /s/ Kristen N. Dennis* |
| | Kristen N. Dennis, PARALEGAL |
| | FOSTER LAW OFFICES |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.115 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 18-10438-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Tue Sep 22 13:12:42 EDT 2020 | NewRez LLC d/b/a Shellpoint Mortgage Servici<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | NewRez LLC d/b/a Shellpoint Mortgage Servici<br>P.O. Box 9013<br>Addison, TX 75001-9013 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 |
| Barclays Bank Delaware<br>Po Box 8803<br>Wilmington, DE 19899-8803 | Capital One<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Capital One / Dress Barn<br>Po Box 30258<br>Salt Lake City, UT 84130-0258 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Ccs / First National Bank<br>500 East 60th Street North<br>Sioux Falls, SD 57104-0478 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Citibank, N.A.<br>Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 |
| Comenity Bank / Christopher Bank<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Capital Bank / Boscov<br>Po Box 182120<br>Columbus, OH 43218-2120 | Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Dsnb Macys<br>Po Box 8218<br>Mason, OH 45040-8218 |
| Kohls / Capital One<br>N56 West 17000 Ridgewood Drive<br>Menomonee Falls, WI 53051 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank Corporation<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PNC Bank, N.A.<br>Attn: Bankruptcy<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5421 | PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101-4982 | Pnc Mortgage<br>Po Box 8703<br>Dayton, OH 45401-8703 |

```
(p)PORTFOLIO RECOVERY ASSOCIATES LLC       Quantum3 Group LLC as agent for      Quantum3 Group LLC as agent for
PO BOX 41067                               Comenity Bank                        Comenity Capital Bank
NORFOLK VA 23541-1067                      PO Box 788                           PO Box 788
                                           Kirkland, WA  98083-0788             Kirkland, WA  98083-0788


Quantum3 Group LLC as agent for            Sears / Cbna                         State Farm Bank
MOMA Funding LLC                           Po Box 6282                          c/o Becket and Lee LLP
PO Box 788                                 Sioux Falls, SD 57117-6282           PO Box 3001
Kirkland, WA  98083-0788                                                        Malvern  PA 19355-0701


State Farm Bank, F.S.B.                    Syncb / Amazon                       Syncb / American Eagle
Attn Credit Reporting                      Po Box 965015                        Po Box 965005
Bloomington, IL 61702                      Orlando, FL 32896-5015               Orlando, FL 32896-5005


Syncb / American Eagle Dc                  Syncb / JCPenney                     Syncb / Lowes
Po Box 965005                              Po Box 965007                        Po Box 956005
Orlando, FL 32896-5005                     Orlando, FL 32896-5007               Orlando, FL 32896-0001


Syncb / Old Navy DC                        Syncb / Walmart Dc                   The Home Depot / Cbna
Po Box 965005                              Po Box 965024                        Po Box 6497
Orlando, FL 32896-5005                     Orlando, FL 32896-5024               Sioux Falls, SD 57117-6497


Daniel P. Foster                           Phillip L Blair                      Rhonda S Blair
Foster Law Offices                         518 Bessemer Avenue                  518 Bessemer Avenue
1210 Park Avenue                           Grove City, PA 16127-1832            Grove City, PA 16127-1832
Meadville, PA 16335-3110


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Card                                 Citizens Bank N.A.                   (d)Citizens Bank Na
Po Box 15298                               1 Citizens Drive Mailstop ROP15B     480 Jefferson Boulevard
Wilmington, DE 19850                       Riverside, RI 02915                  Warwick, RI 02886


Discover Financial Services LLC            Portfolio Recovery Associates, LLC
Po Box 15316                               POB 12914
Wilmington, DE 19850                       Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PNC BANK, NATIONAL ASSOCIATION

(du)PNC Bank, National Association

(d)NewRez LLC d/b/a Shellpoint Mortgage Servi
P.O. Box 10826
Greenville, SC  29603-0826


(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

End of Label Matrix
Mailable recipients    48
Bypassed recipients     5
Total                  53