# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 18-10438-TPA |
| Phillip L. Blair and | : | |
| Rhonda S. Blair, | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No.: 56 |
| Phillip L. Blair and | : | |
| Rhonda S. Blair, | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the Motion for Approval of Post-Petition Vehicle Financing, filed on September 22, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than October 9, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: October 12, 2020

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: <u>October 12, 2020</u>

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing          NewRez LLC d/b/a Shellpoint Mortgage Servici    NewRez LLC d/b/a Shellpoint Mortgage Servici
0315-1                                   P.O. Box 10826                                  P.O. Box 9013
Case 18-10438-TPA                        Greenville, SC 29603-0826                       Addison, TX 75001-9013
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Tue Sep 22 13:12:42 EDT 2020

PRA Receivables Management, LLC          Peoples Natural Gas Company LLC                 1
PO Box 41021                             c/o S. James Wallace, P.C.                      U.S. Bankruptcy Court
Norfolk, VA 23541-1021                   845 N. Lincoln Ave.                             U.S. Courthouse, Room B160
                                         Pittsburgh, PA 15233-1828                       17 South Park Row
                                                                                         Erie, PA 16501-1169

Barclays Bank Delaware                   Capital One                                     Capital One / Dress Barn
Po Box 8803                              Po Box 30253                                    Po Box 30258
Wilmington, DE 19899-8803                Salt Lake City, UT 84130-0253                   Salt Lake City, UT 84130-0258


Capital One, N.A.                        Ccs / First National Bank                       (p)JPMORGAN CHASE BANK  N A
c/o Becket and Lee LLP                   500 East 60th Street North                      BANKRUPTCY MAIL INTAKE TEAM
PO Box 3001                              Sioux Falls, SD 57104-0478                      700 KANSAS LANE FLOOR 01
Malvern PA 19355-0701                                                                    MONROE LA 71203-4774


Citi                                     Citibank, N.A.                                  (p)CITIZENS BANK N A
Po Box 6241                              Citibank, N.A.                                  ATTN BANKRUPTCY TEAM
Sioux Falls, SD 57117-6241               701 East 60th Street North                      ONE CITIZENS BANK WAY
                                         Sioux Falls, SD 57104-0493                      JCA115
                                                                                         JOHNSTON RI 02919-1922

Comenity Bank / Christopher Bank         Comenity Capital Bank / Boscov                  Credit One Bank Na
Po Box 182789                            Po Box 182120                                   Po Box 98875
Columbus, OH 43218-2789                  Columbus, OH 43218-2120                         Las Vegas, NV 89193-8875


Discover Bank                            (p)DISCOVER FINANCIAL SERVICES LLC              Dsnb Macys
Discover Products Inc                    PO BOX 3025                                     Po Box 8218
PO Box 3025                              NEW ALBANY OH 43054-3025                        Mason, OH 45040-8218
New Albany, OH  43054-3025


Kohls / Capital One                      LVNV Funding, LLC its successors and assigns    LVNV Funding, LLC its successors and assigns
N56 West 17000 Ridgewood Drive           assignee of Citibank, N.A.                      assignee of MHC Receivables, LLC and
Menomonee Falls, WI 53051                Resurgent Capital Services                      FNBM, LLC
                                         PO Box 10587                                    Resurgent Capital Services
                                         Greenville, SC 29603-0587                       PO Box 10587
                                                                                         Greenville, SC 29603-0587

MERRICK BANK                             Merrick Bank Corporation                        Office of the United States Trustee
Resurgent Capital Services               Po Box 9201                                     Liberty Center.
PO Box 10368                             Old Bethpage, NY 11804-9001                     1001 Liberty Avenue, Suite 970
Greenville, SC 29603-0368                                                                Pittsburgh, PA 15222-3721


PNC Bank, N.A.                           PNC Bank, N.A.                                  Pnc Mortgage
Attn: Bankruptcy                         P.O. Box 94982                                  Po Box 8703
3232 Newmark Drive                       Cleveland, OH 44101-4982                        Dayton, OH 45401-8703
Miamisburg, OH 45342-5421
```

```
(p)PORTFOLIO RECOVERY ASSOCIATES LLC      Quantum3 Group LLC as agent for      Quantum3 Group LLC as agent for
PO BOX 41067                              Comenity Bank                        Comenity Capital Bank
NORFOLK VA 23541-1067                     PO Box 788                           PO Box 788
                                          Kirkland, WA  98083-0788             Kirkland, WA  98083-0788


Quantum3 Group LLC as agent for           Sears / Cbna                         State Farm Bank
MOMA Funding LLC                          Po Box 6282                          c/o Becket and Lee LLP
PO Box 788                                Sioux Falls, SD 57117-6282           PO Box 3001
Kirkland, WA  98083-0788                                                       Malvern  PA 19355-0701


State Farm Bank, F.S.B.                   Syncb / Amazon                       Syncb / American Eagle
Attn Credit Reporting                     Po Box 965015                        Po Box 965005
Bloomington, IL 61702                     Orlando, FL 32896-5015               Orlando, FL 32896-5005


Syncb / American Eagle Dc                 Syncb / JCPenney                     Syncb / Lowes
Po Box 965005                             Po Box 965007                        Po Box 956005
Orlando, FL 32896-5005                    Orlando, FL 32896-5007               Orlando, FL 32896-0001


Syncb / Old Navy DC                       Syncb / Walmart Dc                   The Home Depot / Cbna
Po Box 965005                             Po Box 965024                        Po Box 6497
Orlando, FL 32896-5005                    Orlando, FL 32896-5024               Sioux Falls, SD 57117-6497


Daniel P. Foster                          Phillip L Blair                      Rhonda S Blair
Foster Law Offices                        518 Bessemer Avenue                  518 Bessemer Avenue
1210 Park Avenue                          Grove City, PA 16127-1832            Grove City, PA 16127-1832
Meadville, PA 16335-3110


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Card                                Citizens Bank N.A.                   (d)Citizens Bank Na
Po Box 15298                              1 Citizens Drive Mailstop ROP15B     480 Jefferson Boulevard
Wilmington, DE 19850                      Riverside, RI 02915                  Warwick, RI 02886


Discover Financial Services LLC           Portfolio Recovery Associates, LLC
Po Box 15316                              POB 12914
Wilmington, DE 19850                      Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PNC BANK, NATIONAL ASSOCIATION | (du)PNC Bank, National Association | (d)NewRez LLC d/b/a Shellpoint Mortgage Servi<br>P.O. Box 10826<br>Greenville, SC  29603-0826 |
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (d)Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | End of Label Matrix<br>Mailable recipients    48<br>Bypassed recipients     5<br>Total                  53 |