**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE : | Bankruptcy No. 18-10438-TPA | |
| **Phillip L. Blair and** : | | |
| **Rhonda S. Blair,** : | Chapter 13 | |
| Debtors : | | |
| : | Related to Docket No.: 64 | |
| **Phillip L. Blair and** : | | |
| **Rhonda S. Blair,** : | | |
| Movants : | | |
| : | | |
| vs. : | | |
| : | | |
| **Ronda J. Winnecour, Esquire,** : | | |
| Chapter 13 Trustee, : | | |
| Respondent. : | | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **February 18, 2021** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

A hearing will be held **March 3, 2021 at 11:30 AM** before Judge Thomas P. Agresti, via the ZOOM Video Conference Application. To access the hearing, please use the following Zoom Meeting link: **https://www.zoomgov.com/j/16021303488**, or alternatively, to attend and use the following **Meeting ID: 160 2130 3488**. For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website

athttps://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements.

      Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: February 1, 2021

      Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Terminate Wage Attachment and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **February 1, 2021**　　　　　　　　　　　　*By: /s/ Kristen N. Dennis*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kristen N. Dennis, PARALEGAL
　　　　　　　　　　　　　　　　　　　　　　　　　　　　FOSTER LAW OFFICES
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1210 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel 814.724.1165
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax 814.724.115

```
Label Matrix for local noticing          NewRez LLC d/b/a Shellpoint Mortgage Servici   NewRez LLC d/b/a Shellpoint Mortgage Servici
0315-1                                   P.O. Box 10826                                 P.O. Box 9013
Case 18-10438-TPA                        Greenville, SC 29603-0826                      Addison, TX 75001-9013
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Tue Sep 22 13:12:42 EDT 2020

PRA Receivables Management, LLC          Peoples Natural Gas Company LLC                1
PO Box 41021                             c/o S. James Wallace, P.C.                     U.S. Bankruptcy Court
Norfolk, VA 23541-1021                   845 N. Lincoln Ave.                            U.S. Courthouse, Room B160
                                         Pittsburgh, PA 15233-1828                      17 South Park Row
                                                                                        Erie, PA 16501-1169

Barclays Bank Delaware                   Capital One                                    Capital One / Dress Barn
Po Box 8803                              Po Box 30253                                   Po Box 30258
Wilmington, DE 19899-8803                Salt Lake City, UT 84130-0253                  Salt Lake City, UT 84130-0258


Capital One, N.A.                        Ccs / First National Bank                      (p)JPMORGAN CHASE BANK  N A
c/o Becket and Lee LLP                   500 East 60th Street North                     BANKRUPTCY MAIL INTAKE TEAM
PO Box 3001                              Sioux Falls, SD 57104-0478                     700 KANSAS LANE FLOOR 01
Malvern PA 19355-0701                                                                   MONROE LA 71203-4774


Citi                                     Citibank, N.A.                                 (p)CITIZENS BANK N A
Po Box 6241                              Citibank, N.A.                                 ATTN BANKRUPTCY TEAM
Sioux Falls, SD 57117-6241               701 East 60th Street North                     ONE CITIZENS BANK WAY
                                         Sioux Falls, SD 57104-0493                     JCA115
                                                                                        JOHNSTON RI 02919-1922

Comenity Bank / Christopher Bank         Comenity Capital Bank / Boscov                 Credit One Bank Na
Po Box 182789                            Po Box 182120                                  Po Box 98875
Columbus, OH 43218-2789                  Columbus, OH 43218-2120                        Las Vegas, NV 89193-8875


Discover Bank                            (p)DISCOVER FINANCIAL SERVICES LLC             Dsnb Macys
Discover Products Inc                    PO BOX 3025                                    Po Box 8218
PO Box 3025                              NEW ALBANY OH 43054-3025                       Mason, OH 45040-8218
New Albany, OH  43054-3025


Kohls / Capital One                      LVNV Funding, LLC its successors and assigns   LVNV Funding, LLC its successors and assigns
N56 West 17000 Ridgewood Drive           assignee of Citibank, N.A.                     assignee of MHC Receivables, LLC and
Menomonee Falls, WI 53051                Resurgent Capital Services                     FNBM, LLC
                                         PO Box 10587                                   Resurgent Capital Services
                                         Greenville, SC 29603-0587                      PO Box 10587
                                                                                        Greenville, SC 29603-0587

MERRICK BANK                             Merrick Bank Corporation                       Office of the United States Trustee
Resurgent Capital Services               Po Box 9201                                    Liberty Center.
PO Box 10368                             Old Bethpage, NY 11804-9001                    1001 Liberty Avenue, Suite 970
Greenville, SC 29603-0368                                                               Pittsburgh, PA 15222-3721


PNC Bank, N.A.                           PNC Bank, N.A.                                 Pnc Mortgage
Attn: Bankruptcy                         P.O. Box 94982                                 Po Box 8703
3232 Newmark Drive                       Cleveland, OH 44101-4982                       Dayton, OH 45401-8703
Miamisburg, OH 45342-5421
```

```
(p)PORTFOLIO RECOVERY ASSOCIATES LLC        Quantum3 Group LLC as agent for      Quantum3 Group LLC as agent for
PO BOX 41067                                 Comenity Bank                        Comenity Capital Bank
NORFOLK VA 23541-1067                        PO Box 788                           PO Box 788
                                             Kirkland, WA  98083-0788             Kirkland, WA  98083-0788


Quantum3 Group LLC as agent for              Sears / Cbna                         State Farm Bank
MOMA Funding LLC                             Po Box 6282                          c/o Becket and Lee LLP
PO Box 788                                   Sioux Falls, SD 57117-6282           PO Box 3001
Kirkland, WA  98083-0788                                                          Malvern  PA 19355-0701


State Farm Bank, F.S.B.                      Syncb / Amazon                       Syncb / American Eagle
Attn Credit Reporting                        Po Box 965015                        Po Box 965005
Bloomington, IL 61702                        Orlando, FL 32896-5015               Orlando, FL 32896-5005


Syncb / American Eagle Dc                    Syncb / JCPenney                     Syncb / Lowes
Po Box 965005                                Po Box 965007                        Po Box 956005
Orlando, FL 32896-5005                       Orlando, FL 32896-5007               Orlando, FL 32896-0001


Syncb / Old Navy DC                          Syncb / Walmart Dc                   The Home Depot / Cbna
Po Box 965005                                Po Box 965024                        Po Box 6497
Orlando, FL 32896-5005                       Orlando, FL 32896-5024               Sioux Falls, SD 57117-6497


Daniel P. Foster                             Phillip L Blair                      Rhonda S Blair
Foster Law Offices                           518 Bessemer Avenue                  518 Bessemer Avenue
1210 Park Avenue                             Grove City, PA 16127-1832            Grove City, PA 16127-1832
Meadville, PA 16335-3110


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Card                                   Citizens Bank N.A.                   (d)Citizens Bank Na
Po Box 15298                                 1 Citizens Drive Mailstop ROP15B     480 Jefferson Boulevard
Wilmington, DE 19850                         Riverside, RI 02915                  Warwick, RI 02886


Discover Financial Services LLC              Portfolio Recovery Associates, LLC
Po Box 15316                                 POB 12914
Wilmington, DE 19850                         Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PNC BANK, NATIONAL ASSOCIATION | (du)PNC Bank, National Association | (d)NewRez LLC d/b/a Shellpoint Mortgage Servi<br>P.O. Box 10826<br>Greenville, SC  29603-0826 |
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (d)Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | End of Label Matrix<br>Mailable recipients     48<br>Bypassed recipients      5<br>Total                   53 |