**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 18-10438-TPA |
| **Phillip L. Blair and** | : | |
| **Rhonda S. Blair,** | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No.: 68 |
| **Phillip L. Blair and** | : | |
| **Rhonda S. Blair,** | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the <u>Motion for Approval of Post-Petition Vehicle Financing</u>, filed on February 1, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than February 18, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>February 19, 2021</u>

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Executed on: <u>February 19, 2021</u> | *By: /s/ Kristen N. Dennis*<br>Kristen N. Dennis, PARALEGAL<br>FOSTER LAW OFFICES, LLC<br>1210 Park Avenue<br>Meadville, PA 16335<br>Tel 814.724.1165<br>Fax 814.724.1158 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 18-10438-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Tue Sep 22 13:12:42 EDT 2020 | NewRez LLC d/b/a Shellpoint Mortgage Servici<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | NewRez LLC d/b/a Shellpoint Mortgage Servici<br>P.O. Box 9013<br>Addison, TX 75001-9013 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 |
| Barclays Bank Delaware<br>Po Box 8803<br>Wilmington, DE 19899-8803 | Capital One<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Capital One / Dress Barn<br>Po Box 30258<br>Salt Lake City, UT 84130-0258 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Ccs / First National Bank<br>500 East 60th Street North<br>Sioux Falls, SD 57104-0478 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Citibank, N.A.<br>Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 |
| Comenity Bank / Christopher Bank<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Capital Bank / Boscov<br>Po Box 182120<br>Columbus, OH 43218-2120 | Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Dsnb Macys<br>Po Box 8218<br>Mason, OH 45040-8218 |
| Kohls / Capital One<br>N56 West 17000 Ridgewood Drive<br>Menomonee Falls, WI 53051 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank Corporation<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PNC Bank, N.A.<br>Attn: Bankruptcy<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5421 | PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101-4982 | Pnc Mortgage<br>Po Box 8703<br>Dayton, OH 45401-8703 |

```
(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Quantum3 Group LLC as agent for      Quantum3 Group LLC as agent for
PO BOX 41067                             Comenity Bank                        Comenity Capital Bank
NORFOLK VA 23541-1067                    PO Box 788                           PO Box 788
                                         Kirkland, WA  98083-0788             Kirkland, WA  98083-0788


Quantum3 Group LLC as agent for          Sears / Cbna                         State Farm Bank
MOMA Funding LLC                         Po Box 6282                          c/o Becket and Lee LLP
PO Box 788                               Sioux Falls, SD 57117-6282           PO Box 3001
Kirkland, WA  98083-0788                                                      Malvern  PA 19355-0701


State Farm Bank, F.S.B.                  Syncb / Amazon                       Syncb / American Eagle
Attn Credit Reporting                    Po Box 965015                        Po Box 965005
Bloomington, IL 61702                    Orlando, FL 32896-5015               Orlando, FL 32896-5005


Syncb / American Eagle Dc                Syncb / JCPenney                     Syncb / Lowes
Po Box 965005                            Po Box 965007                        Po Box 956005
Orlando, FL 32896-5005                   Orlando, FL 32896-5007               Orlando, FL 32896-0001


Syncb / Old Navy DC                      Syncb / Walmart Dc                   The Home Depot / Cbna
Po Box 965005                            Po Box 965024                        Po Box 6497
Orlando, FL 32896-5005                   Orlando, FL 32896-5024               Sioux Falls, SD 57117-6497


Daniel P. Foster                         Phillip L Blair                      Rhonda S Blair
Foster Law Offices                       518 Bessemer Avenue                  518 Bessemer Avenue
1210 Park Avenue                         Grove City, PA 16127-1832            Grove City, PA 16127-1832
Meadville, PA 16335-3110


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Card                               Citizens Bank N.A.                   (d)Citizens Bank Na
Po Box 15298                             1 Citizens Drive Mailstop ROP15B     480 Jefferson Boulevard
Wilmington, DE 19850                     Riverside, RI 02915                  Warwick, RI 02886


Discover Financial Services LLC          Portfolio Recovery Associates, LLC
Po Box 15316                             POB 12914
Wilmington, DE 19850                     Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PNC BANK, NATIONAL ASSOCIATION        (du)PNC Bank, National Association        (d)NewRez LLC d/b/a Shellpoint Mortgage Servi
                                                                                    P.O. Box 10826
                                                                                    Greenville, SC  29603-0826


(d)PRA Receivables Management, LLC       (d)Peoples Natural Gas Company LLC         End of Label Matrix
PO Box 41021                             c/o S. James Wallace, P.C.                 Mailable recipients    48
Norfolk, VA 23541-1021                   845 N. Lincoln Avenue                      Bypassed recipients     5
                                         Pittsburgh, PA 15233-1828                  Total                  53