**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **Bankruptcy No. 18-10438-TPA** |
| **Phillip L. Blair and** | : | |
| **Rhonda S. Blair,** | : | **Chapter 13** |
| Debtors | : | |
| | : | **Docket No.: 79** |
| **Phillip L. Blair and** | : | |
| **Rhonda S. Blair,** | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## CONSENT ORDER FOR VEHICLE FINANCING

NOW, on this 7th day of June 2022, upon an agreement reached by the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below,

Whereas, the Debtors are *at the end of a 60-month plan term* and the case will be coming to a close, it is:

ORDERED, that the Debtors may pursue post-petition vehicle financing, with a purchase amount of no more than $25,000.00, through the conclusion and closure of the Bankruptcy case;

ORDERED that the Debtors do NOT have to incorporate the terms of the financing into the Chapter 13 plan and they may pay directly from the vehicle loan inception;

ORDERED that the Debtors will file a status report within ten (10) days from the purchase of said vehicle evidencing said terms.

_____
UNITED STATES BANKRUPTCY JUDGE

Consented to:
/s/ Daniel P. Foster
Daniel P. Foster, PA I.D. # 92376
Attorney for Debtors
Foster Law Offices
1210 Park Avenue
Meadville PA  16355
(814) 724-1165
dan@mrdebtbuster.com


/s/ Katherine M. DeSimone
Katherine M. DeSimone
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
kdesimone@chapter13trusteewdpa.com