# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 18-10438-TPA |
| **Phillip L. Blair and** | : | |
| **Rhonda S. Blair,** | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No.: 82 |
| **Phillip L. Blair and** | : | |
| **Rhonda S. Blair,** | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## STATUS REPORT

**AND NOW** this 25th day of July 2022, come Phillip L. Blair and Rhonda S. Blair ("Debtors"), by and through their attorney, Daniel P. Foster, Esquire and Foster Law Offices, LLC, and file this *Status Report*. The Debtors aver as follows:

1. The Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on May 4, 2018 (the "Filing Date").

2. On June 7, 2022 Debtors filed a *Consent Order for Post-Petition Vehicle Financing* to obtain an automobile to replace their vehicle.

3. On June 8, 2022 this Honorable Court issued an *Order* Granting the Motion for Approval of Post-Petition Vehicle Financing.

4. At this time, the Debtors have still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

**WHEREFORE**, the Debtors file this Status Report in compliance with this Honorable Court's Order dated June 8, 2022.

Date: <u>July 25, 2022</u>                                             <u>*/s/ Daniel P. Foster, Esquire*</u>

                                                              Daniel P. Foster, Esquire
PA. I.D. No. 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA  16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:  dan@mrdebtbuster.com
Attorney for Debtors