Certificate Number: 03088-PAW-DE-037404983

Bankruptcy Case Number: 18-10438



03088-PAW-DE-037404983

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 5, 2023, at 8:07 o'clock AM CDT, Phillip L Blair completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: May 5, 2023

By: /s/Katherine Minnich

Name: Katherine Minnich

Title: Counselor