**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/23/23 10:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>　PHILLIP L BLAIR<br>RHONDA S BLAIR<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　　vs.<br>　PHILLIP L BLAIR<br>RHONDA S BLAIR<br>　　　Respondents | Case No.18-10438GLT<br><br>Chapter 13<br><br>Document No.　88 |

### ORDER TO STOP PAYROLL DEDUCTIONS

　　AND NOW, this ___23rd___ day of ___June___, 20_23_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Dean Transportation Inc
Attn: Payroll Administrator
14760 Trinity Blvd
Fort Worth, TX 76155

is hereby ordered to immediately terminate the attachment of the wages of PHILLIP L BLAIR, social security number XXX-XX-0769. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of PHILLIP L BLAIR.

BY THE COURT:

_____
jlm
Gregory L. Taddonio
Chief United States Bankruptcy Judge

cc: Debtor(s)
　　Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10438-GLT |
| Phillip L. Blair | Chapter 13 |
| Rhonda S. Blair | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 23, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Phillip L. Blair, 518 Bessemer Avenue, Grove City, PA 16127-1832 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2023          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com  cwohlrab@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Debtor Phillip L. Blair dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Rhonda S. Blair dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James A. Prostko | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION jprostko@c-vlaw.com, jamesprostko@gmail.com |

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Jun 23, 2023 | Form ID: pdf900 | Total Noticed: 1

Mario J. Hanyon
        on behalf of Creditor PNC Bank  National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9