**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 18-10438-GLT |
| | : | |
| **Phillip L Blair and** | : | CHAPTER 13 |
| **Rhonda S Blair,** | : | |
| Debtors, | : | |
| | : | MOTION NO.: WO - 1 |
| **Phillip L Blair,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 89 |
| | : | |
| vs. | : | |
| | : | |
| **Dean Transportation Inc.,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: June 27, 2023

By: /s/ Kristen N. Dennis
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## MATRIX

**DEAN TRANSPORTATION INC**
**14760 TRINITY BOULEVARD**
**FORT WORTH TX 76155**