FORM JCM 13-3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Case No. 18-10438-JCM

Chapter 13

**Phillip L. Blair,**
**Rhonda S. Blair**

**Debtor(s).**

_____

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ❏   a motion to dismiss case or certificate of default requesting dismissal

- ☒   a plan modification sought by:   <u>Debtors and the Chapter 13 Trustee</u>

- ❏   a motion to lift stay
      as to creditor   _____

- ☒   Other:   <u>Stipulated Order sought to ensure arrearage cured as claim of PNC Bank,</u>
              <u>N.A. shall govern and arrearage component completely cured</u>

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated   <u>    June 1, 2018    </u>
❏ Amended Chapter 13 Plan dated   _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

[04/22]                                    -1-

FORM JCM 13-3

- ❑ Debtor(s) Plan payments shall be changed from $ _____ to $ _____ per _____, effective _____; and/or the Plan term shall be changed from ___ months to ____ months.    .

- ❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❑ Debtor(s) shall file and serve _____ on or before _____.

- ❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ✠ Other: **Claim 26-1 of PNC Bank, N.A shall govern.  In particular, the arrearage claim of $565.20 shall be cured over the life of the plan.**

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

FORM JCM 13-3

FORM JCM 13-3

**SO ORDERED**, this 7th day of August, 2023

_____ glb
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
8/7/23 8:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:                              Stipulated by:

/s/Daniel P. Foster, Esquire                /s/Kate DeSimone
Counsel to Debtor                           Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

[04/22]                            -4-

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-10438-JCM
Phillip L. Blair     Chapter 13
Rhonda S. Blair
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 4
Date Rcvd: Aug 07, 2023     Form ID: pdf900     Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Phillip L. Blair, Rhonda S. Blair, 518 Bessemer Avenue, Grove City, PA 16127-1832 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 9013, Addison, TX 75001-9013 |
| 14826989 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14826993 | | State Farm Bank, F.S.B., Attn Credit Reporting, Bloomington, IL 61702 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15340480 | | Email/PDF: bncnotices@becket-lee.com | Aug 07 2023 23:54:46 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14826977 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 07 2023 23:39:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14860400 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 07 2023 23:39:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14826983 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 07 2023 23:39:00 | Citizens Bank Na, 480 Jefferson Boulevard, Warwick, RI 02886 |
| 14826978 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2023 00:06:32 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14826979 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 07 2023 23:43:54 | Capital One / Dress Barn, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14876615 | | Email/PDF: bncnotices@becket-lee.com | Aug 07 2023 23:54:22 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14826982 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2023 23:54:31 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14879794 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2023 23:44:02 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14826984 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2023 23:39:00 | Comenity Bank / Christopher Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 14826985 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2023 23:39:00 | Comenity Capital Bank / Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14826986 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 07 2023 23:43:12 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14826987 | | Email/Text: mrdiscen@discover.com | Aug 07 2023 23:39:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14826988 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2023 23:54:20 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14830939 | | Email/Text: mrdiscen@discover.com | Aug 07 2023 23:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

Case 18-10438-JCM   Doc 96   Filed 08/09/23   Entered 08/10/23 00:27:39   Desc Imaged
Certificate of Notice   Page 6 of 8

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 07, 2023 | Form ID: pdf900 | Total Noticed: 45 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14826980 | Email/Text: BNSFN@capitalsvcs.com | Aug 07 2023 23:39:00 | Ccs / First National Bank, 500 East 60th Street North, Sioux Falls, SD 57104 |
| 14826981 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 07 2023 23:43:56 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14878692 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2023 23:54:31 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14878693 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2023 23:54:17 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14878691 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 07 2023 23:43:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14826990 + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 07 2023 23:54:24 | Merrick Bank Corporation, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15159344 | Email/Text: mtgbk@shellpointmtg.com | Aug 07 2023 23:39:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14875067 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 07 2023 23:39:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14887834 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 07 2023 23:39:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14826991 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 07 2023 23:39:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14879619 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 07 2023 23:54:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14827713 + | Email/PDF: rmscedi@recoverycorp.com | Aug 07 2023 23:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14865757 + | Email/Text: ebnpeoples@grblaw.com | Aug 07 2023 23:39:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14869321 | Email/Text: bnc-quantum@quantum3group.com | Aug 07 2023 23:39:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14876235 | Email/Text: bnc-quantum@quantum3group.com | Aug 07 2023 23:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14876234 | Email/Text: bnc-quantum@quantum3group.com | Aug 07 2023 23:39:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14826992 + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 08 2023 00:07:27 | Sears / Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14871363 | Email/PDF: bncnotices@becket-lee.com | Aug 07 2023 23:54:47 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14826994 + | Email/PDF: gecsedi@recoverycorp.com | Aug 07 2023 23:54:40 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14826995 + | Email/PDF: gecsedi@recoverycorp.com | Aug 07 2023 23:54:21 | Syncb / American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14826996 + | Email/PDF: gecsedi@recoverycorp.com | Aug 07 2023 23:54:40 | Syncb / American Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14826997 + | Email/PDF: gecsedi@recoverycorp.com | Aug 08 2023 00:06:56 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14826998 + | Email/PDF: gecsedi@recoverycorp.com | Aug 07 2023 23:54:40 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |

Case 18-10438-JCM　　Doc 96　　Filed 08/09/23　　Entered 08/10/23 00:27:39　　Desc Imaged
Certificate of Notice　　Page 7 of 8

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 07, 2023 | Form ID: pdf900 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| 14826999 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 07 2023 23:54:35 | Syncb / Old Navy DC, Po Box 965005, Orlando, FL 32896-5005 |
| 14827000 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 07 2023 23:54:31 | Syncb / Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14827001 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2023 23:54:45 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Aug 09, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@ecf.courtdrive.com cwohlrab@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Debtor Phillip L. Blair dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Rhonda S. Blair dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James A. Prostko | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Mario J. Hanyon | on behalf of Creditor PNC Bank  National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 4 of 4 |
| Date Rcvd: Aug 07, 2023 | Form ID: pdf900 | Total Noticed: 45 |

                         ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                         cmecf@chapter13trusteewdpa.com

S. James Wallace
                         on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9