**Fill in this information to identify the case:**

Debtor 1: Phillip L. Blair

Debtor 2 (Spouse, if filing): Rhonda S. Blair

United States Bankruptcy Court for the: Western District of Pennsylvania (State)

Case number: 18-10438-jcm

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** PNC Bank, National Association

**Court claim no.** (if known): 26

**Last 4 digits** of any number you use to identify the debtor's account: 2 5 2 2

**Property address:** 518 Bessemer Ave.

Grove City, PA 16127

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $:

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 10/01/2023
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $

c. **Total**, Add lines a and b. (c) $

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: MM / DD / YYYY

| | | | |
|---|---|---|---|
| Debtor 1 | Phillip L. Blair | Case number *(if known)* | 18-10438 |
| | First Name    Middle Name    Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ DaLisa Dunaway
Signature

Date: 09/08/2023

Print    DaLisa Dunaway
         First Name    Middle Name    Last Name

Title    Loan Analyst

Company    PNC Bank, National Association

**If different from the notice address listed on the proof of claim to which this response applies:**

Address
Number    Street

City    State    ZIP Code

Contact phone    Email

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE

| IN RE: Phillip L. Blair<br>       Rhonda S. Blair | Case No.  18-10438<br>Judge     John C Melaragno<br>Chapter  13 |
|---|---|

CERTIFICATE OF SERVICE OF
RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I, the undersigned, hereby certify that, on September 8, 2023, a true and correct copy of the Response to Notice of Final Cure Payment was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: Daniel P. Foster
Trustee: Ronda J. Winnecour
Office of the United States Trustee

Further, I certify that, on September 8, 2023, a true and correct copy of the Response to Notice of Final Cure Payment was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

Phillip L. Blair     518 Bessemer Avenue, Grove City, PA 16127
Rhonda S. Blair

By: /s/ DaLisa Dunaway
DaLisa Dunaway
PNC Bank, N.A.
PO Box 94982
Cleveland OH 44101
855-245-3814