**Fill in this information to identify the case:**

Debtor 1: Phillip L. Blair

Debtor 2: Rhonda S. Blair
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania
(State)

Case number: 18-10438-JCM

# Form 4100R
# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: 2 4 6 1

**Property address:** 518 Bessemer Ave
Number    Street

Grove City, Pennsylvania 16127
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 08 / 01 / 2023
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___
MM / DD / YYYY

Debtor 1  **Phillip L. Blair**
         First Name    Middle Name    Last Name

Case number (*if known*) __18-10438-JCM__

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Kaitlin D. Shire
Signature

Date  09 / 19 / 2023

Print    **Kaitlin D. Shire**
         First Name    Middle Name    Last Name

Title  Creditor's Counsel

Company  Hill Wallack LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  777 Township Line Road, Suite 250
         Number          Street

         Yardley, PA 19067
         City                    State      ZIP Code

Contact phone  ( 215 ) 579 - 7700

Email  kshire@hillwallack.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**(ERIE)**

| | |
|---|---|
| IN RE:<br>**Phillip L. Blair and Rhonda S. Blair**<br>    Debtor<br><br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing**<br><br>    Movant<br>v.<br>**Phillip L. Blair and Rhonda S. Blair**<br>    Respondent | CHAPTER 13<br><br>CASE NO.: 18-10438-JCM |

**CERTIFICATE OF SERVICE**

I hereby certify that service was made upon all interested parties indicated below of (i) Response to Notice of Final Cure of NewRez LLC d/b/a Shellpoint Mortgage Servicing:

Date Served (ECF) or Mailed: September 19, 2023

Phillip L. Blair
518 Bessemer Avenue
Grove City, PA 16127
**Debtors**
**Via Regular Mail**

Rhonda S. Blair
518 Bessemer Avenue
Grove City, PA 16127
**Debtors**
**Via Regular Mail**

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
**Debtor's Counsel**
**Via ECF**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*
*Via ECF*

*U.S. Trustee*
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Stuie 970
Pittsburgh, PA 15222
**U.S. Trustee**
**Via ECF**

*/s/ Kaitlin D. Shire*
**Kaitlin D. Shire, Esq., Atty ID 324226**
Hill Wallack LLP
777 Township Line Road, Suite 250
Yardley, PA  19067
215-579-7700
kshire@hillwallack.com