Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Phillip L. Blair** | : | Case No. 18−10438−JCM |
| **Rhonda S. Blair** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 103 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 11/28/23 at 03:00 PM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

   *AND NOW,* this *The 26th of September, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 103 , by the Chapter 13 Trustee

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1)  **On or before November 10, 2023**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   (2)  This *Motion* is scheduled for hearing on **November 28, 2023 at 03:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

   (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-10438-JCM
Phillip L. Blair  Chapter 13
Rhonda S. Blair
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 4
Date Rcvd: Sep 26, 2023     Form ID: 300b     Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Phillip L. Blair, Rhonda S. Blair, 518 Bessemer Avenue, Grove City, PA 16127-1832 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 9013, Addison, TX 75001-9013 |
| 14826989 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14826993 | | State Farm Bank, F.S.B., Attn Credit Reporting, Bloomington, IL 61702 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15340480 | | Email/PDF: bncnotices@becket-lee.com | Sep 27 2023 06:06:48 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14826977 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 27 2023 05:52:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14860400 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 27 2023 05:51:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14826983 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 27 2023 05:51:00 | Citizens Bank Na, 480 Jefferson Boulevard, Warwick, RI 02886 |
| 14826978 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2023 05:55:29 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14826979 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2023 05:55:43 | Capital One / Dress Barn, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14876615 | | Email/PDF: bncnotices@becket-lee.com | Sep 27 2023 06:06:47 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14826982 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 05:55:28 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14879794 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 05:55:26 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14826984 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2023 05:52:00 | Comenity Bank / Christopher Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 14826985 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2023 05:52:00 | Comenity Capital Bank / Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14826986 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2023 06:06:38 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14826987 | | Email/Text: mrdiscen@discover.com | Sep 27 2023 05:51:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14826988 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 06:06:49 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14830939 | | Email/Text: mrdiscen@discover.com | Sep 27 2023 05:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14826980 | | Email/Text: BNSFN@capitalsvcs.com | Sep 27 2023 05:52:00 | Ccs / First National Bank, 500 East 60th Street North, Sioux Falls, SD 57104 |
| 14826981 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 27 2023 05:55:42 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14878692 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2023 06:06:40 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14878693 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2023 05:55:45 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14878691 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 27 2023 05:55:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14826990 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 27 2023 05:55:27 | Merrick Bank Corporation, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15159344 | | Email/Text: mtgbk@shellpointmtg.com | Sep 27 2023 05:52:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14875067 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2023 05:51:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14887834 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2023 05:51:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14826991 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2023 05:51:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14879619 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2023 05:55:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14827713 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2023 05:56:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14865757 | + | Email/Text: ebnpeoples@grblaw.com | Sep 27 2023 05:52:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14869321 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2023 05:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14876235 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2023 05:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14876234 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2023 05:52:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14826992 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 05:55:27 | Sears / Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14871363 | | Email/PDF: bncnotices@becket-lee.com | Sep 27 2023 06:06:50 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14826994 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 05:55:38 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14826995 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:06:38 | Syncb / American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14826996 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:06:50 | Syncb / American Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14826997 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 05:55:21 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14826998 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:06:51 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: 300b | Total Noticed: 45 |

| 14826999 | + Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | Sep 27 2023 06:06:50 | Syncb / Old Navy DC, Po Box 965005, Orlando, FL 32896-5005 |
| 14827000 | + Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | Sep 27 2023 05:56:18 | Syncb / Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14827001 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | | |
| | | Sep 27 2023 06:06:47 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Debtor Phillip L. Blair dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Rhonda S. Blair dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James A. Prostko | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Kaitlin Shire | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kshire@hillwallack.com lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 4 of 4 |
| Date Rcvd: Sep 26, 2023 | Form ID: 300b | Total Noticed: 45 |

Mario J. Hanyon
    on behalf of Creditor PNC Bank  National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 10