**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PHILLIP L BLAIR<br>RHONDA S BLAIR<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>   vs.<br>No Respondents. | Case No.:18-10438<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

 4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

 **Wherefore**, the Trustee requests that the Court,

 1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
 2. Approve the Trustee's Report of Receipts and Disbursements,
 3. Terminate wage attachments,
 4. Revest property of the estate in the debtor(s), and
 5. Enter a final decree and close this case.

September 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/04/2018 and confirmed on 7/20/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 100,967.12 |
| Less Refunds to Debtor | 2,867.21 | |
| TOTAL AMOUNT OF PLAN FUND | | 98,099.91 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 4,637.16 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,637.16 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 42,742.75 | 0.00 | 42,742.75 |
|     Acct: 2461 | | | | |
|   PNC BANK NA | 0.00 | 17,521.20 | 0.00 | 17,521.20 |
|     Acct: 2522 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 1,849.25 | 1,849.25 | 0.00 | 1,849.25 |
|     Acct: 2461 | | | | |
|   PNC BANK NA | 565.20 | 565.20 | 0.00 | 565.20 |
|     Acct: 2522 | | | | |
|   CITIZENS BANK | 14,100.93 | 14,100.93 | 1,683.11 | 15,784.04 |
|     Acct: 5257 | | | | |
| | | | | 78,462.44 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHILLIP L BLAIR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHILLIP L BLAIR | 2,867.21 | 2,867.21 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 8,151.38 | 1,071.34 | 0.00 | 1,071.34 |
|     Acct: 5839 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 6,536.40 | 859.08 | 0.00 | 859.08 |
|     Acct: 0012 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7810 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 104.29 | 13.71 | 0.00 | 13.71 |
|     Acct: 4989 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 5809 | | | | |
|     JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8419 | | | | |
|     JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2499 | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 10,302.76 | 1,354.09 | 0.00 | 1,354.09 |
|     Acct: 7264 | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 4,911.19 | 645.48 | 0.00 | 645.48 |
|     Acct: 0107 | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 3,050.04 | 400.87 | 0.00 | 400.87 |
|     Acct: 7278 | | | | |
|     QUANTUM3 GROUP LLC AGNT - COMENIT | 859.50 | 112.96 | 0.00 | 112.96 |
|     Acct: 1330 | | | | |
|     QUANTUM3 GROUP LLC - AGENT COMEN | 1,419.28 | 186.54 | 0.00 | 186.54 |
|     Acct: 1175 | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 1,831.58 | 240.72 | 0.00 | 240.72 |
|     Acct: 5807 | | | | |
|     DISCOVER BANK(*) | 1,744.35 | 229.26 | 0.00 | 229.26 |
|     Acct: 7983 | | | | |
|     CAPITAL ONE NA** | 209.68 | 27.56 | 0.00 | 27.56 |
|     Acct: 8142 | | | | |
|     MERRICK BANK | 2,104.46 | 276.59 | 0.00 | 276.59 |
|     Acct: 7013 | | | | |
|     CITIBANK NA** | 11,703.87 | 1,538.24 | 0.00 | 1,538.24 |
|     Acct: 2007 | | | | |
|     AFNI INC | 11,140.09 | 1,464.14 | 0.00 | 1,464.14 |
|     Acct: 7391 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA FU | 3,965.57 | 521.19 | 0.00 | 521.19 |
|     Acct: 2340 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,468.90 | 193.06 | 0.00 | 193.06 |
|     Acct: 3705 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA FU | 6,821.66 | 896.57 | 0.00 | 896.57 |
|     Acct: 6757 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA FU | 979.94 | 128.79 | 0.00 | 128.79 |
|     Acct: 2640 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA FU | 3,343.24 | 439.40 | 0.00 | 439.40 |
|     Acct: 4374 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,797.61 | 367.69 | 0.00 | 367.69 |
|     Acct: 4600 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA FU | 5,390.42 | 708.46 | 0.00 | 708.46 |
|     Acct: 2409 | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, LL | 2,187.15 | 287.46 | 0.00 | 287.46 |
|     Acct: 0413 | | | | |
|     PEOPLES NATURAL GAS CO LLC* | 282.38 | 37.11 | 0.00 | 37.11 |
|     Acct: 8697 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2340 | | | | |
|     PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 12,000.31 |
| | | | | |
| TOTAL PAID TO CREDITORS | | | | 90,462.75 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 16,515.38 |
| UNSECURED | 91,305.74 |

Date: 09/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    PHILLIP L BLAIR
    RHONDA S BLAIR
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:18-10438

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Phillip L. Blair  
Rhonda S. Blair  
    Debtors

Case No. 18-10438-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4  
Date Rcvd: Sep 27, 2023      Form ID: pdf900      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Phillip L. Blair, Rhonda S. Blair, 518 Bessemer Avenue, Grove City, PA 16127-1832 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 9013, Addison, TX 75001-9013 |
| 14826989 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14826993 | | State Farm Bank, F.S.B., Attn Credit Reporting, Bloomington, IL 61702 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15340480 | | Email/PDF: bncnotices@becket-lee.com | Sep 28 2023 00:24:08 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14826977 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 28 2023 00:06:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14860400 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 28 2023 00:06:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14826983 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 28 2023 00:06:00 | Citizens Bank Na, 480 Jefferson Boulevard, Warwick, RI 02886 |
| 14826978 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2023 00:24:13 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14826979 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2023 00:13:50 | Capital One / Dress Barn, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14876615 | | Email/PDF: bncnotices@becket-lee.com | Sep 28 2023 00:24:17 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14826982 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2023 00:24:20 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14879794 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2023 00:24:21 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14826984 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2023 00:06:00 | Comenity Bank / Christopher Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 14826985 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2023 00:06:00 | Comenity Capital Bank / Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14826986 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 28 2023 00:12:56 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14826987 | | Email/Text: mrdiscen@discover.com | Sep 28 2023 00:06:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14826988 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2023 00:12:57 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14830939 | | Email/Text: mrdiscen@discover.com | Sep 28 2023 00:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 27, 2023 | Form ID: pdf900 | Total Noticed: 45 |

| Recip ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 14826980 | Email/Text: BNSFN@capitalsvcs.com | Sep 28 2023 00:06:00 | Ccs / First National Bank, 500 East 60th Street North, Sioux Falls, SD 57104 |
| 14826981 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 28 2023 00:24:14 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14878692 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2023 00:24:05 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14878693 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2023 00:24:13 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14878691 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 28 2023 00:13:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14826990 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 28 2023 00:13:49 | Merrick Bank Corporation, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15159344 | Email/Text: mtgbk@shellpointmtg.com | Sep 28 2023 00:06:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14875067 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 28 2023 00:06:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14887834 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 28 2023 00:06:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14826991 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 28 2023 00:06:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14879619 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2023 00:12:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14827713 | + Email/PDF: rmscedi@recoverycorp.com | Sep 28 2023 00:12:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14865757 | + Email/Text: ebnpeoples@grblaw.com | Sep 28 2023 00:06:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14869321 | Email/Text: bnc-quantum@quantum3group.com | Sep 28 2023 00:06:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14876235 | Email/Text: bnc-quantum@quantum3group.com | Sep 28 2023 00:06:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14876234 | Email/Text: bnc-quantum@quantum3group.com | Sep 28 2023 00:06:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14826992 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2023 00:24:05 | Sears / Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14871363 | Email/PDF: bncnotices@becket-lee.com | Sep 28 2023 00:24:21 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14826994 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 28 2023 00:13:49 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14826995 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 28 2023 00:24:16 | Syncb / American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14826996 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 28 2023 00:24:21 | Syncb / American Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14826997 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 28 2023 00:24:07 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14826998 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 28 2023 00:24:14 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |

Case 18-10438-JCM    Doc 106    Filed 09/29/23    Entered 09/30/23 00:25:25    Desc
Imaged Certificate of Notice    Page 8 of 9

| District/off: 0315-1 | User: auto | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Sep 27, 2023 | Form ID: pdf900 | Total Noticed: 45 |

| 14826999 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 28 2023 00:24:15 | Syncb / Old Navy DC, Po Box 965005, Orlando, FL 32896-5005 |
| --- | --- | --- | --- |
| 14827000 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 28 2023 00:24:20 | Syncb / Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14827001 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2023 00:13:50 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 29, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Debtor Phillip L. Blair dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Rhonda S. Blair dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James A. Prostko | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Kaitlin Shire | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kshire@hillwallack.com lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 27, 2023 | Form ID: pdf900 | Total Noticed: 45 |

Mario J. Hanyon
    on behalf of Creditor PNC Bank  National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 10