IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    PHILLIP L BLAIR
    RHONDA S BLAIR
        Debtor(s)

  Ronda J. Winnecour
        Movant
    vs.
  No Repondents.

Case No.:18-10438

Chapter 13

Related to: Document No. 103

## ORDER OF COURT

AND NOW, this __13th__ day of __November__, 20__23__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
11/13/23 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Phillip L. Blair  
Rhonda S. Blair  
    Debtors

Case No. 18-10438-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4  
Date Rcvd: Nov 13, 2023      Form ID: pdf900      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Phillip L. Blair, Rhonda S. Blair, 518 Bessemer Avenue, Grove City, PA 16127-1832 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 9013, Addison, TX 75001-9013 |
| 14826989 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14826993 | | State Farm Bank, F.S.B., Attn Credit Reporting, Bloomington, IL 61702 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15340480 | | Email/PDF: bncnotices@becket-lee.com | Nov 14 2023 04:21:09 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14826977 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 14 2023 03:53:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14860400 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 14 2023 03:53:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14826983 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 14 2023 03:53:00 | Citizens Bank Na, 480 Jefferson Boulevard, Warwick, RI 02886 |
| 14826978 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2023 04:20:12 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14826979 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2023 04:08:58 | Capital One / Dress Barn, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14876615 | | Email/PDF: bncnotices@becket-lee.com | Nov 14 2023 04:08:50 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14826982 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2023 04:31:51 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14879794 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2023 04:42:08 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14826984 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2023 03:53:00 | Comenity Bank / Christopher Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 14826985 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2023 03:53:00 | Comenity Capital Bank / Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14826986 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 14 2023 04:08:42 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14826987 | | Email/Text: mrdiscen@discover.com | Nov 14 2023 03:53:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14826988 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2023 04:20:23 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14830939 | | Email/Text: mrdiscen@discover.com | Nov 14 2023 03:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14826980 | | Email/Text: BNSFN@capitalsvcs.com | Nov 14 2023 03:53:00 | Ccs / First National Bank, 500 East 60th Street North, Sioux Falls, SD 57104 |
| 14826981 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 14 2023 04:09:06 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14878692 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2023 04:09:01 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14878693 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2023 04:08:29 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14878691 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 14 2023 04:08:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14826990 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 14 2023 04:08:42 | Merrick Bank Corporation, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15159344 | | Email/Text: mtgbk@shellpointmtg.com | Nov 14 2023 03:53:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14875067 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 14 2023 03:53:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14887834 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 14 2023 03:53:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14826991 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 14 2023 03:53:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14879619 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2023 04:20:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14827713 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 14 2023 04:20:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14865757 | + | Email/Text: ebnpeoples@grblaw.com | Nov 14 2023 03:53:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14869321 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2023 03:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14876235 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2023 03:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14876234 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2023 03:53:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14826992 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2023 04:31:52 | Sears / Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14871363 | | Email/PDF: bncnotices@becket-lee.com | Nov 14 2023 04:31:47 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14826994 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 04:20:01 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14826995 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 04:08:57 | Syncb / American Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 14826996 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 04:31:39 | Syncb / American Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14826997 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 04:42:04 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 14826998 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 04:08:39 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |

| | | | | | |
|---|---|---|---|---|---|
| 14826999 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | Nov 14 2023 04:08:39 | Syncb / Old Navy DC, Po Box 965005, Orlando, FL 32896-5005 |
| 14827000 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | Nov 14 2023 04:08:27 | Syncb / Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14827001 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | Nov 14 2023 04:20:53 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2023                        Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Debtor Phillip L. Blair dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Rhonda S. Blair dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| James A. Prostko | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Kaitlin Shire | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kshire@hillwallack.com lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 4 of 4 |
| Date Rcvd: Nov 13, 2023 | Form ID: pdf900 | Total Noticed: 45 |

Mario J. Hanyon
    on behalf of Creditor PNC Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 10